```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 12556
   ERIC JON RUSSELL SR
   CLAUDINE ANN RUSSELL                       CHAPTER 13

                                              JUDGE: JACQUELINE P COX
            Debtor
   SSN XXX-XX-8876    SSN XXX-XX-6065

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 07/13/2007 and was confirmed 10/01/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  29.00%.

     The case was converted to chapter 7 after confirmation 05/08/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
AMERICAN EAGLE BANK        SECURED VEHIC   9940.64         394.01        3335.99
AMERICAN EAGLE BANK        UNSECURED      NOT FILED          .00            .00
HOMECOMINGS FINANCIAL      SECURED NOT I      .00            .00            .00
M & I MARSHALL & IISLEY    SECURED NOT I      .00            .00            .00
ECAST SETTLEMENT CORP      UNSECURED      19486.19           .00         203.91
CAPITAL ONE                UNSECURED       3212.79           .00          21.66
CAPITAL ONE                UNSECURED       2275.95           .00          15.34
ECAST                      UNSECURED        343.62           .00            .00
CITIFINANCIAL              UNSECURED      NOT FILED          .00            .00
CITIFINANCIAL SERVICES     UNSECURED       7853.17           .00          82.18
ECAST SETTLEMENT CORP      UNSECURED        418.91           .00            .00
ECAST SETTLEMENT CORP      UNSECURED       7576.34           .00          79.28
ECAST SETTLEMENT CORP      UNSECURED        689.67           .00            .00
ECAST SETTLEMENT CORP      UNSECURED        326.83           .00            .00
WELLS FARGO FINANCIAL IL   UNSECURED       2166.60           .00          22.67
RESCAP MORTGAGE            NOTICE ONLY    NOT FILED          .00            .00
RESCAP MORTGAGE            SECURED NOT I      .00            .00            .00
RESCAP MORTGAGE            SECURED NOT I   1740.52           .00            .00
CHRYSLER FINANCIAL DAIML   SECURED NOT I      .00            .00            .00
CHRYSLER FINANCIAL DAIML   UNSECURED      NOT FILED          .00            .00
PETER FRANCIS GERACI       DEBTOR ATTY     700.00                        700.00
TOM VAUGHN                 TRUSTEE                                       367.48
DEBTOR REFUND              REFUND                                         42.48

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                          RECEIPTS        DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                   5,265.00

PRIORITY                                         .00
SECURED                                     3,335.99

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 12556 ERIC JON RUSSELL SR & CLAUDINE ANN RUSSELL
```

```
     INTEREST                                                  394.01
UNSECURED                                                      425.04
ADMINISTRATIVE                                                 700.00
TRUSTEE COMPENSATION                                           367.48
DEBTOR REFUND                                                   42.48
                                     ---------------    ---------------
TOTALS                                      5,265.00           5,265.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                     /s/ Tom Vaughn
  Dated: 08/20/08                    _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE
```